An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAIMON MONROE,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62789

**FILED**

APR 1 8 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from a decision determining appellant to be a vexatious litigant. Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

Because no statute or court rule permits an appeal from a vexatious litigant determination entered in a criminal case, we lack jurisdiction.[1] *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

_____

[1]It appears that if any remedy from the vexatious litigant determination is available in this case it is by an original petition for a writ of prohibition, NRS 34.320; NRAP 21, arguing that the district court has exceeded its jurisdiction in preventing appellant from filing documents collaterally attacking his judgment of conviction. Similarly, the failure to file a post-conviction petition for a writ of habeas corpus submitted by appellant may be challenged in an original petition for a writ of mandamus. *See* NRS 34.160; NRAP 21.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-11512

cc: Hon. Douglas W. Herndon, District Judge
Daimon Monroe
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk